LAW LIBRARY

NO. 28295

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF T.C., a Minor

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-J NO. 0063853)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Minor-Appellant's application for writ of certiorari, filed on December 1, 2009, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 11, 2010.

FOR THE COURT:



Associate Justice

Taryn R. Tomasa,
Deputy Public Defender,
for petitioner/minor-
appellant on the application

---

[1] Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.